| | |
|---|---|
| In re: | Chapter 7 |
| ELROD HOLDINGS CORP., et al. | Case No. 06-11164 (BLS)<br>Jointly Administered |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee for<br>The bankruptcy estates of Jack K. Elrod<br>Company, Inc. and Elrod Holdings Corp., | Adv. Pro. No. 07-51623 (KG) |
| Plaintiff, | |
| v. | |
| JEFF GUEDE, | |
| Defendant. | |

## ORDER

Upon consideration of the Trustee's Motion for Entry of Default and for Entry of Default

Judgment, the Court hereby ORDERS AND DETERMINES as follows:

1.     The Motion is GRANTED;

2.     Default is entered against Defendant Jeff Guede as authorized by Federal Rule of

Bankruptcy Procedure 7055;

3.     Judgment is entered against Defendant Jeff Guede in favor of the Plaintiff in the

amount of $100,064.00 plus court filing costs in the amount of $250.00.

Dated: _____ 26 2008

_____
The Honorable Kevin Gross
United States Bankruptcy Judge